# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BLAYNE KIM LAFONTAINE and LORIANNE LAFONTAINE, husband and wife, a marital community,<br><br>    Plaintiffs,<br><br>  v.<br><br>MASSACHUSETTS CASUALTY COMPANY, a Foreign Insurer, and DISABILITY MANAGEMENT SERVICES, INC., a Foreign Corporation,<br><br>    Defendant. | **Case No.** C05-5059 FDB<br><br>MINUTE ORDER<br><br>Re: Settlement Conference |

  This matter was referred to U.S. Magistrate Judge J. Kelley Arnold by the Honorable Franklin D. Burgess for purposes of a settlement conference. The parties and counsel met with this court on this date and cooperatively participated in settlement discussions. This Minute Order confirms the parties participation, and advises the court that the parties have entered into a settlement agreement resolving all issues, which has been made a matter of record.

  <u>Accordingly the trial date of February 2, 2009 may be stricken</u>.

  Entered this 7th day of January 2009 by Deputy Clerk ***Kelly Miller*** for U.S. Magistrate Judge J. Kelley Arnold.

Order - 1

Order - 2