FILED LODGED RECEIVED
FEB 12 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BLAYNE KIM LAFONTAINE and LORIANNE LAFONTAINE, husband and wife, a martial community,<br><br>Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS CASUALTY INSURANCE COMPANY, a Foreign Corporation,<br><br>Defendant. | Case No. CV-05-5059 FDB<br><br>STIPULATION AND ORDER OF DISMISSAL |

## STIPULATION

COMES NOW the parties through their counsel of record and stipulate that the above-captioned matter be dismissed with prejudice and without costs to any party.

Dated this 3rd day of February, 2009.

Liebert Morgan & Fleischbein PS

By: _____
John Morgan, Esq.
Liebert Morgan & Fleischbein PS
9226 Bayshore Dr NW Ste 103
Silverdale WA 98383
jdm@mlmps.com
Attorneys for Plaintiff

Schwabe, Williamson & Wyatt, P.C.

By: _____
Christopher H. Howard, WSBA# 11074
Renea I. Shade, WSBA #30044
Schwabe, Williamson & Wyatt
1420 Fifth Avenue, Suite 3010
Seattle, WA 98101
Telephone: 206-622-1711
Facsimile: 206-292-0460
Email: rsaade@schwabe.com

STIPULATION AND ORDER OF DISMISSAL (Case No. CV-05-5059 FDB) - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave, Suite 3010
Seattle, WA 98101
206.622.1711

PDX/114968/147359/CHH/3336675.1

## ORDER of DISMISSAL

BASED UPON the foregoing Stipulation of the parties, upon review of the file and being fully informed herein,

IT IS HEREBY ORDERED that this matter be dismissed with prejudice and without costs.

Dated: February 12, 2009

---
FRANKLIN D. BURGESS
U.S. DISTRICT COURT JUDGE

STIPULATION AND ORDER OF DISMISSAL (Case No. CV-05-5059 FDB) - 2

SCHWABE, WILLIAMSON & WYATT P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave, Suite 3010
Seattle, WA 98101
206 622 1711

PDX/114968/147359/CHH/3336675.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of February, 2009, I caused to be served the foregoing **STIPULATION AND ORDER OF DISMISSAL** on the following party via United States District Court – Western District of Washington's Electronic Case Filing system ("ECF") at the following address:

John Morgan, Esq.
Liebert Morgan & Fleischbein PS
9226 Bayshore Dr NW Ste 103
Silverdale WA 98383
jdm@mlmps.com
Attorneys for Plaintiffs

by:

☐ U.S. Postal Service, ordinary first class mail
☐ U.S. Postal Service, certified or registered mail, return receipt requested
☐ hand delivery
☐ facsimile
☒ electronic service - ECF
☐ other (specify) _____

/s/ Renea I. Saade
Christopher H. Howard, WSBA#11074
Renea I. Saade, WSBA #30044
Schwabe Williamson & Wyatt, P.C.
1420 Fifth Avenue, Ste. 3010
Seattle, WA 98101
Phone: 206-622-1711
Fax: 206-292-0460
Email: rsaade@schwabe.com
Attorneys for Defendants

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
206.622.1711

PDX/114968/147359/CHH/3336675.1